## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO._____ 13-20838-CR-WILLIAMS

18 U.S.C. §2252(a)(2) & (b)(1)
18 U.S.C. §2252(a)(4)(B) & (b)(2)
18 U.S.C. §2253(b)



MAGISTRATE JUDGE
TURNOFF

FILED by ____ TB

NOV 01 2013

STEVEN ____
CLERK ____
S.D. ____

**UNITED STATES OF AMERICA**

**vs.**

**PEDRO GONZALEZ,**

      **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### (Receipt of Child Pornography)

On or about December 30, 2010, in Miami Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## PEDRO GONZALEZ,

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2
### (Possession of Child Pornography)

On or about May 17, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

### PEDRO GONZALEZ,

did knowingly possess matter, that is, a Corsair computer, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

### CRIMINAL FORFEITURE

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **PEDRO GONZALEZ**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit all of his right, title and interest to the United States in the following property pursuant to Title 18, United States code, Section 2253:

(a)      any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 Title 18, United States Code;

2

(b)      any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(c)      any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3.      The property which is subject to forfeiture includes, but is not limited to, one (1) Corsair computer.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANITA G. WHITE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. _____

vs.

PEDRO GONZALEZ,                             **CERTIFICATE OF TRIAL ATTORNEY***

_____ Defendant.
_____/          **Superseding Case Information:**

**Court Division:** (Select One)            New Defendant(s)          Yes _____   No _____
                                            Number of New Defendants
__X__ Miami    _____ Key West               Total number of counts                _____
_____ FTL      _____ WPB      _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of
    probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this
    Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
    Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    No_____
    List language and/or dialect   _____

4.  This case will take   2-3   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                        (Check only one)

    I    0 to 5 days          __X__         Petty      _____
    II   6 to 10 days         _____       Minor      _____
    III  11 to 20 days        _____       Misdem.    _____
    IV   21 to 60 days        _____       Felony     __X__
    V    61 days and over     _____

6.  Has this case been previously filed in this District Court? (Yes or No)   No_____
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   No____
    If yes:
    Magistrate Case No.                   _____
    Related Miscellaneous numbers:        _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of   _____
    Rule 20 from the _____    District of _____

    Is this a potential death penalty case? (Yes or No)   No____

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
    to October 14, 2003? _____ Yes   __X__ No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior
    to September 1, 2007? _____ Yes   __X__ No

                                        _____
                                        Anita G. White
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No./Court   537861

*Penalty Sheet(s) attached                                      REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**  **PEDRO GONZALEZ**

**Case No:** _____

Count #: 1

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

**\* Max.Penalty:**  20 Years' Imprisonment

Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

**\* Max.Penalty:**  10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**