IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

13-20838-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

PEDRO GONZALEZ,

    Defendant.
_____/

## UNSEALING ORDER

**THIS CAUSE** is before the Court on the Government's Motion to Unseal. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Unseal is **GRANTED**. All docket entries associated with this case number shall be **UNSEALED**.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this 29 day of April 2014.

_____
WILLIAM C. TURNOFF
**United States Magistrate Judge**

cc: Hon. Kathleen M. Williams
    AUSA Anita G. White