UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000



FILED by _____ D.C.

JUN 09 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

June 5, 2015

Office of the Clerk
U.S. District Court
400 North Miami Ave.
Miami FL 33128

Case Name:     US-v-Pedro Gonzalez
Case Number:   3:15-70714 MAG
Charges:       18:2252(a)(2) Receipt of child pornography

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Jacqueline Corley. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
      to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of AO 94, Commitment to Another District

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____      CLERK, U.S. DISTRICT COURT

                                            By _____

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
JUN 05 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America )
v. )
PEDRO GONZALEZ ) Case No.
)
_____ ) Charging District's
*Defendant* ) Case No.  13-20838 CR KMW

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   SOUTHERN   District of   FLORIDA   ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  6-5-15

_____
*Judge's signature*

Jacqueline Scott Corley, U.S. Magistrate Judge
*Printed name and title*

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of California

JUN 0 5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America )
v. ) Case No. 3-15-70714 JSC
Pedro Gonzalez )
_____ ) Charging District's Case No.
Defendant )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern Dist of FL

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[X] a preliminary hearing.

[X] a detention hearing.

[X] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6/8/15

*Defendant's signature*

*Signature of defendant's attorney*

DANIEL BLANK

*Printed name of defendant's attorney*

| | | | |
|---|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 06 minutes | |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Ada Means | REPORTER/FTR: 9:37-9:43 | |
| MAGISTRATE JUDGE: Jacqueline Scott Corley | DATE: June 5, 2015 | NEW CASE ☐ | CASE NUMBER: 3-15-70714 JSC |

### APPEARANCES

| DEFENDANT: Pedro Gonzalez | AGE: 28 | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Daniel Blank- Special Appearance | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: S. Waqar Hasib | INTERPRETER: Not required | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Allen Lew | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR 6 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF Southern District of Florida

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant admits his identity and waives his rights to an identity hearing and a detention hearing.
CC: JSC

DOCUMENT NUMBER: 

**FILED**

JUN -5 2015

AO 442 (Rev 01/09) Arrest Warrant

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| PEDRO GONZALEZ, | ) Case No. 13-20838 |
| | ) WILLIAMS MAGISTRATE |
| | ) TURNOFF |
| Defendant | ) |

### ARREST WARRANT — SEALED INDICTMENT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PEDRO GONZALEZ
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography, in violation of Title 18 United States Code, Section 2252(a)(2) and (b)(1).

Possession of Child Pornography, in violation of Title 18 United States Code, Section 2252(a)(4)(B) and (b)(2).

Date: 11/01/13

RECEIVED
NOV 2013
S/FL
WARRANTS

*Issuing officer's signature*

City and state: Miami, Florida

Steven M. Larimore, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on (date) 6/5/15 and the person was arrested on (date) 6/5/15 |
| at (city and state) San Mateo, CA |
| Date: 6/5/15 |

*Arresting officer's signature*

Brad Delsenix(?) Special Agent
*Printed name and title*

11/01 U.S.M. HAS ORIGINAL

COPY
NOT RETURN
U.S.M. HAS ORIGINAL

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | DAVID R. CALLAWAY (CABN 121782) |
| 3 | Chief, Criminal Division |
| 4 | S. WAQAR HASIB (CABN 234818) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7261 |
| 7 | FAX: (415) 436-6982 |
| | waqar.hasib@usdoj.gov |
| 8 | |
| | Attorneys for United States of America |
| 9 | |

FILED
JUN -5 A 9:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JSC

UNITED STATES OF AMERICA,            )   CRIMINAL NO. 3:15-70714
                                     )
           Plaintiff,                )   NOTICE OF PROCEEDINGS ON OUT-OF-
                                     )   DISTRICT CRIMINAL CHARGES PURSUANT TO
    v.                               )   RULES 5(c)(2) AND (3) OF THE FEDERAL
                                     )   RULES OF CRIMINAL PROCEDURE
PEDRO GONZALEZ,                      )
                                     )
           Defendant.                )
_____)

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 5, 2015, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

- [X] Indictment
- [ ] Information
- [ ] Criminal Complaint
- [ ] Other (describe) _____

pending in the Southern District of Florida, Case Number CR-13-20838-KMW.

In that case, the defendant is charged with one violation of Title 18 United States Code, Section 2252(a)(2) and (b)(1), receipt of child pornography, and one violation of Title 18 Untied States Code, Section 2252(a)(4)(B) and (b)(2), possession of child pornography.

Respectfully Submitted,
MELINDA HAAG
UNITED STATES ATTORNEY

Date: June 5, 2015

_____
S. WAQAR HASIB
Assistant U.S. Attorney